UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIK INDUSTRIES, LTD., a Canadian corporation,<br><br>Plaintiff,<br><br>vs.<br><br>XANDER BICYCLE CORPORATION, a California corporation, dba Westridge Outdoors and Critical Cycles; NINGBO EZ MACHINERY CO. LTD., a Chinese entity; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:18-cv-09079-JAK-JPR<br><br>**FINAL JUDGMENT**<br><br>**JS-6** |

In light of the parties' Stipulation for Final Judgment (Dkt. 21), and good cause having been shown, final judgment is hereby entered in this matter as follows:

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

(1) Defendant XANDER BICYCLE CORPORATION ("Xander") infringed claims 1, 2 and 3 ("asserted claims") of plaintiff DANIK INDUSTRIES, LTD.'s ("Danik") United States patent no. 7,717,455 entitled "Adaptable Trailer Drawbar Assembly" (the "'455 patent") by making, using, selling, offering to sell or importing the bicycle rack with the adaptable trailer drawbar assembly shown in Exhibit A hereto;

(2) Xander is hereby enjoined from making, using, selling, offering to sell or importing into the United States any rack with the adaptable trailer drawbar assembly shown in Exhibit A hereto;

(3) Counterclaim Plaintiff XANDER BICYCLE CORPORATION's counterclaims against Counterclaim Defendant Danik Industries, Ltd for a declaration of invalidity are dismissed without prejudice;

(4) The parties shall be responsible for their own fees and costs.

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: March 13, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

EXHIBIT A

